ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
**PATTI, SGRO, LEWIS & ROGER**
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 385-9595
Facsimile No.: (702) 386-2737
*Attorneys for Defendant Akaragian*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

PETER AKARAGIAN,

        Defendant.

CASE NO.:  2:13-CR-00039-JAD-VCF

## STIPULATION TO CONTINUE PRETRIAL MOTIONS DEADLINE
### (11th REQUEST)

IT IS HEREBY STIPULATED by and between PETER AKARAGIAN, Defendant, by and through his counsel ANTHONY P. SGRO, ESQ., and the UNITED STATES OF AMERICA, by and through J. GREGORY DAMM, Assistant United States Attorney, and RAMON DESAGE, by and through, RICHARD B. HERMAN, ESQ., and GARY PARKINSON, by and through THOMAS F. PITARO, ESQ., that the October 1, 2015, Motions deadline date be continued thirty (30) days, or to a time convenient to this Honorable Court.

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is entered into based on the following:

1. Counsel for Defendant Peter Akaragian recently had a change in personnel. Specifically, the associate primarily responsible for this case is no longer with the firm.

2. Counsel for Defendant Akaragian has spoken with AUSA Gregory Damm, and the Government has no objection to the requested continuance.

3. Counsel has spoken to the co-defendants' counsel and the co-defendants have no objection to the continuance.

4. Failure to grant this request for continuance would deny the Defendant the opportunity to properly present his case at trial and the opportunity to negotiate a resolution.

5. Additionally, continuance of the current Pre-Trial Motions date is appropriate in order to promote the goals set forth under 18 U.S.C. § 3161(h)(7)(A), which provides that a court may grant a continuance on the basis of finding that the "ends of justice" served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7.   For all of the above-stated reasons, the ends of justice would be best served by a continuance of the motions deadlines.

DATED this 16th day of September, 2015.

Respectfully submitted,

_____/s/ Anthony P. Sgro, Esq._____          _____/s/ J. Gregory Damm, Esq._____
ANTHONY P. SGRO, ESQ.                         J. GREGORY DAMM, AUSA
*Attorney for Defendant Akaragian*            *Assistant United States Attorney*


_____/s/ Richard B. Herman, Esq._____          _____/s/ Thomas F. Pitaro, Esq._____
RICHARD B. HERMAN, ESQ.                        THOMAS F. PITARO, ESQ.
*Attorney for Defendant Desage*                *Attorney for Defendant Parkinson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  2:13-CR-00039-JAD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL MOTIONS** |
| vs. | |
| PETER AKARAGIAN, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulations of the parties, and good cause appearing therefor, the Court finds that:

1. Counsel for Defendant Peter Akaragian recently had a change in personnel. Specifically, the associate primarily responsible for this case is no longer with the firm.

2. Counsel for Defendant Akaragian has spoken with AUSA Gregory Damm, and the Government has no objection to the requested continuance.

3. Counsel has spoken to the co-defendants' counsel and the co-defendants have no objection to the continuance.

**CONCLUSIONS OF LAW**

1. Failure to grant this request for continuance would deny the Defendant the opportunity to properly present his case at trial and the opportunity to negotiate a resolution.

2. Additionally, denial of this request for continuance would result in a miscarriage of justice.

3.  For all of the above-stated reasons, the ends of justice would be best served by a continuance of the motions deadlines.

### **ORDER**

**IT IS ORDERED** that the Pretrial Motions Deadline currently set for October 1, 2015, be continued thirty (30) days to November 1, 2015.

DATED this 25th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE