# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PETER AKARAGIAN,<br><br>        Defendant. | 2:13-cr-00039-JAD-VCF<br>**MINUTE ORDER** |

Before the Court is Defendant Peter Akaragian's Motion to Dismiss for Prosecutorial Misconduct or in the Alternative Motion to Suppress Statements and Request for Evidentiary Hearing (ECF No. 149).

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Peter Akaragian's Motion to Dismiss for Prosecutorial Misconduct or in the Alternative Motion to Suppress Statements and Request for Evidentiary Hearing (ECF No. 149) is scheduled for 10:00 a.m., September 1, 2016, in courtroom 3D.

DATED this 18th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE