ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
KEITH D. WILLIAMS, ESQ.
Nevada Bar No. 10796
**PATTI, SGRO & ROGER**
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 385-9595
Facsimile No.: (702) 386-2737
*Attorneys for Defendant Akaragian*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00039-JAD-VCF |
| Plaintiff, | |
| vs. | |
| RAMON DESAGE, <br> aka, "RAMON ABI-RACHED," <br> aka, "RAYMOND ANTOINE ABI-RACHED," | |
| PETER AKARAGIAN, and | |
| GARY PARKINSON | |
| Defendant. | |

## STATUS REPORT REGARDING MOTION HEARING

COMES NOW, Defendant, PETER AKARAGIAN (hereinafter "Mr. Akaragian"), by and through his counsel ANTHONY P. SGRO, ESQ. and KEITH D. WILLIAMS, ESQ. of the law firm of PATTI, SGRO AND ROGER, and the UNITED STATES OF AMERICA, by and through PATRICK BURNS, Assistant United States Attorney, hereby submit this Status Report regarding the previously scheduled May 22, 2017 Evidentiary Hearing on the Defendant's Motion to Dismiss for Prosecutorial Misconduct in accordance with the Court's direction at the May 15, 2017 Status Conference.

Mr. Akaragian and the United States continue discussion regarding the potential resolution of Mr. Akaragian's continued involvement in this matter and believe resolution is imminent. Mr. Akaragian and the United States respectfully request this Court allow the Parties to resolve this matter in the next thirty (30) days. To effectuate this request, Mr. Akaragian and the United States request the Court allow them to update the Court on July 27, 2017 regarding resolution or to request the Evidentiary Hearing on the Defendant's Motion to Dismiss for Prosecutorial Misconduct be placed back on calendar. Trial is currently set for January 23, 2018 and this request will not interrupt that setting.

DATED this 27th day of June, 2017.

PATTI, SGRO & ROGER

/s/ Keith D. Williams
ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
KEITH D. WILLIAMS, ESQ.
Nevada State Bar No. 10796
720 S. Seventh Street, 3rd Floor
Las Vegas, NV 89101
*Attorneys for Defendant Akaragian*

DATED this 27th day of June, 2017.

Assistant United States Attorney

/s/ Patrick Burns
PATRICK BURNS, ESQ.
Nevada State Bar No. 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89118
*Attorney for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 27, 2017