# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PETER AKARAGIAN,<br><br>　　　　　Defendant. | 2:13-cr-00039-JAD-VCF<br>**ORDER** |

The court has been informed that the parties have not been able to reach a resolution in this matter. The parties are requesting an evidentiary hearing on Defendant Peter Akaragian's Motion to Dismiss or Prosecutorial Misconduct or in the Alternative Motion to Suppress Statements and Request for Evidentiary Hearing (ECF No. 149).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Peter Akaragian's Motion to Dismiss or Prosecutorial Misconduct or in the Alternative Motion to Suppress Statements and Request for Evidentiary Hearing (ECF No. 149) is scheduled for 10:00 AM, October 12, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 25th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE