# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:13-cr-00039-JAD-VCF |
| PETER AKARAGIAN, | **ORDER** |
| Defendant. | |

Before the Court is the Stipulation to Continue Evidentiary Hearing Date for Defendant Akaragian's Motion to Dismiss for Prosecutorial Misconduct, or in the Alternative, Motion to Suppress Statements (ECF No. 257).

Accordingly,

IT IS HEREBY ORDERED that the evidentiary hearing scheduled for February 26, 2018 is VACATED.

IT IS FURTHER ORDERED that a status hearing, to discuss rescheduling the evidentiary hearing and related issues, is scheduled for 10:00 AM, February 26, 2018, in Courtroom 3D.

DATED this 22nd day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE